# United States Court of Appeals
## For the First Circuit

No. 06-2590

SEIR AMINABED CRUZ-CAMEY

Petitioner,

v.

ALBERTO R. GONZALES,
UNITED STATES ATTORNEY GENERAL,

Respondent.

**ERRATA**

The opinion of this court, issued September 21, 2007, should be amended as follows:

On the coverpage, line 46: replace "September 11, 2007" with "September 21, 2007"